UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LESTER BROWN** **PLAINTIFF**
**ADC #137598**

v. CASE NO. 5:09cv00285 BSM

**EARLY J. EVERRETT, JR., et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to plaintiff's claims regarding the allegedly false disciplinary charge, and failure to follow prison policy; and without prejudice in all other respects; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE